THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
1165 Hoff way, #205
Orland, CA 95963
Telephone: 415-389-8600
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
JAIME RANBERG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RANBERG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOTO ROAD STRIP MALL; BAREN RA & JEANIE RA, as Trustees of the Baren Ra and Jeanie Ra Revocable Trust created April 2011,<br><br>　　　　Defendants, | CASE NO. 4:18-CV-06117-HSG<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

　　　　The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

　　IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

　　The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///
///

**Stipulation of Dismissal and Order Thereon**　　　　　　　　　　　　　　　　**CASE NO. 4:18-CV-06117-HSG**

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: July 10, 2019            THOMAS E. FRANKOVICH, APLC
                                ***A PROFESSIONAL LAW CORPORATION***


                                By:   /s/ Thomas E. Frankovich
                                Thomas E. Frankovich
                                Attorneys for Plaintiff


Dated: July 17, 2019            FRED FELLER


                                By:   /s/ Fred Feller
                                Fred Feller
                                Attorneys for Defendant


## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.


Dated: 7/19/2019                *[signature]*
                                Honorable Judge Haywood S. Gilliam Jr.